UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DUNSMORE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT W. FOX,<br><br>    Defendant. | Case No.  15-cv-02909-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On June 23, 2015, Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983.  Plaintiff also filed an *in forma pauperis* application and his prisoner trust account statement; however, he did not file a copy of his certificate of funds.

On that same date, the Clerk of the Court notified Plaintiff that his *in forma pauperis* application was deficient due to the failure to include a certificate of funds that was completed and signed by an authorized officer at the prison.  The Clerk further informed him that his action could not go forward until he filed the necessary document within twenty-eight days, and that his failure to do so would result in dismissal of this action.  More than twenty-eight days have passed and Plaintiff has not submitted a certificate of funds that has been completed and signed by an authorized officer at the prison.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk shall enter judgment, terminate all pending motions, and close the file.

IT IS SO ORDERED.

Dated: August 21, 2015

                                              YVONNE GONZALEZ ROGERS
                                              United States District Court Judge